1028

No. 84–267.   CLARK, SECRETARY OF THE INTERIOR, ET AL. *v.* SOUTHERN OREGON CITIZENS AGAINST TOXIC SPRAYS, INC. C. A. 9th Cir.   Certiorari denied.   JUSTICE WHITE and JUSTICE O'CONNOR would grant certiorari.

No. 84–5330.   PAYNE *v.* ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.   JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 84–5336.   GOSBERRY *v.* ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.   JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 84–5271.   REEVES *v.* NEBRASKA.   Sup. Ct. Neb.; and

No. 84–5370.   MARTIN *v.* MAGGIO, WARDEN, ET AL.   C. A. 5th Cir.   Certiorari denied.   Reported below: No. 84–5271, 216 Neb. 206, 344 N. W. 2d 433; No. 84–5370, 711 F. 2d 1273 and 739 F. 2d 184.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 84–5498.   DEBARDELEBEN *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   JUSTICE WHITE, joined by JUSTICE BRENNAN, would grant certiorari to settle the conflict between the United States Court of Appeals for the Sixth Circuit and the United States Court of Appeals for the Ninth Circuit with respect to the proper resolution of the issue involved in this case.

No. 84–5515.   CURRAN *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.   JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 83–6688.   HUNTER *v.* NEW MEXICO, *ante,* p. 838; and

No. 83–6876.   GELBER *v.* MARSH, SECRETARY OF THE ARMY, *ante,* p. 880.   Petitions for rehearing denied.